IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Daina R

Printed: 9/9/08

Case Number: 07 B 20871
Judge: Squires, John H
Filed: 11/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 30, 2008
Confirmed: January 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,365.54 |  |
| Secured: |  | 500.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 789.86 |
| Trustee Fee: |  | 75.68 |
| Other Funds: |  | 0.00 |
| Totals: | 1,365.54 | 1,365.54 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 789.86 |
| 2. | Triad Financial Services | Secured | 14,431.66 | 500.00 |
| 3. | Asset Acceptance | Unsecured | 13.73 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 19.19 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 278.51 | 0.00 |
| 6. | Capital One | Unsecured | 111.72 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 154.30 | 0.00 |
| 8. | Huntsville Hospital | Unsecured | 12.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 182.88 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 43.53 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 67.09 | 0.00 |
| 12. | Georgia Power | Unsecured | 49.67 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 0.00 |
| 14. | Huntsville Hospital | Unsecured | 127.93 | 0.00 |
| 15. | Check N Go | Unsecured |  | No Claim Filed |
| 16. | BMG Music Service | Unsecured |  | No Claim Filed |
| 17. | Centier Bank | Unsecured |  | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | Custom Profit Recovery | Unsecured |  | No Claim Filed |
| 21. | Friedman's Jewelry | Unsecured |  | No Claim Filed |
| 22. | Medical Data Systems I | Unsecured |  | No Claim Filed |
| 23. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 24. | Medical Data Systems I | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Daina R

Printed: 9/9/08

Case Number: 07 B 20871
Judge: Squires, John H
Filed: 11/7/07

| | | | | |
|---|---|---|---|---|
| 26. | West Asset Management | Unsecured | | No Claim Filed |
| 27. | Mid-South | Unsecured | | No Claim Filed |
| 28. | Midland Credit Management | Unsecured | | No Claim Filed |
| 29. | Quick Click Loans | Unsecured | | No Claim Filed |
| 30. | Amcol Systems Inc | Unsecured | | No Claim Filed |
| 31. | United Cash Loans | Unsecured | | No Claim Filed |
| 32. | KY HIGHER EDUCATION STUDENT LOAN CORP | Unsecured | | No Claim Filed |

$ 18,986.21     $ 1,289.86

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.30 |
| 6.5% | 11.38 |
| | $ 75.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

